UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO RODRIGUEZ (A No. 087 515 616,<br><br>Petitioner,<br><br>v.<br><br>SECRETARY OF HOMELAND SECURITY,<br><br>Respondent. | No. 1:26-cv-05164-DJC-CKD<br><br>ORDER |

Petitioner, an immigration detainee proceeding through counsel, filed this application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On August 27, 2026, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. Petitioner filed objections to the findings and recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed

the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 9) are adopted in full;

2. The petition before the court is DISMISSED and Petitioner's Motion for Stay (ECF No. 8) is DENIED. If Petitioner's detention becomes unlawful at some point based upon facts arising in the future, Petitioner's recourse is to file a separate Petition for Writ of Habeas Corpus;

3. This case is closed.

IT IS SO ORDERED.

Dated: **September 25, 2026**

Daniel J. Calabretta

Hon. Daniel J. Calabretta
UNITED STATES DISTRICT JUDGE

/rodr5164.805.hc.2241.imm